

**FILED**
6/30/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AUSA Meredith Havekost (312) 399-9812

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 26-CR-347 |
| v. | LAURA K. MCNALLY |
| | Magistrate Judge |
| TANELL KINTE PREMPEH, also known as "Black" | |

## AFFIDAVIT IN REMOVAL PROCEEDING

I, ANNE THUOT, appearing before United States Magistrate Judge LAURA K. MCNALLY by telephone and being duly sworn under oath, state that as a federal law enforcement officer I have been informed that TANELL KINTE PREMPEH, also known as "Black," has been charged by Indictment in the District of Minnesota with the following criminal offense: conspiracy to distribute cocaine and fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and (B), and 846.

A copy of the Indictment is attached. A copy of the arrest warrant also is attached.

/s/ Anne Thuot

ANNE THUOT
Special Agent
Federal Bureau of Investigation

SWORN TO AND AFFIRMED by telephone this 30th day of June, 2026.

LAURA K. MCNALLY
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

26 CR 125 JMB/DJF

**INDICTMENT**

Plaintiff,

v.

1. AMANI XAVIER HUDSON, SR.,
   a/k/a "Doughboy,"
2. KELLEY CHRISTINE HUDSON,
3. JERRY WAYNE JONES,
4. FRONTA LONTRELL MILLER,
   a/k/a "Bam,"
5. TANELL KINTE PREMPEH,
   a/k/a "Black,"
6. RYAN ANDREW BOSTON,
   a/k/a "Marquese,"
7. HEZEKIAH MICAH FIELDS,
8. TAWAUN LEWIS, SR.,
   a/k/a "T-Lane,"
9. DARQUEL MARKEASE ROCKYMORE,
   a/k/a "Sleepy,"
10. MALCOLM DASHUAN PEOPLES, *and*
11. DAREN LEEMONT RUTLEDGE,

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 924(d)(1)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)
21 U.S.C. § 841(b)(1)(B)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 846
21 U.S.C. § 853
28 U.S.C. § 2461(c)

Defendants.

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Conspiracy To Distribute Controlled Substances)

Beginning in or about June 2022 and continuing through in or about June 2026, the exact dates being unknown to the grand jury, in the State and District of Minnesota, the defendants,



LT SCANNED
JUN 2 5 2026
U.S. DISTRICT COURT MPLS

*United States v. Amani Hudson et al.*

**AMANI XAVIER HUDSON, SR.,**
a/k/a "Doughboy,"
**KELLEY CHRISTINE HUDSON,**
**JERRY WAYNE JONES,**
**FRONTA LONTRELL MILLER,**
a/k/a "Bam,"
**TANELL KINTE PREMPEH,**
**RYAN ANDREW BOSTON,**
a/k/a "Marquese,"
**HEZEKIAH MICAH FIELDS,**
**TAWAUN LEWIS, SR.,**
a/k/a "T-Lane,"
**DARQUEL MARKEASE ROCKYMORE,**
a/k/a "Sleepy,"
**MALCOLM DASHUAN PEOPLES,** and
**DAREN LEEMONT RUTLEDGE,**

did knowingly and intentionally conspire with each other, and others known and unknown to the grand jury, to distribute cocaine and fentanyl in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

<u>Quantities of Controlled Substances Involved in the Conspiracy</u>

1. With respect to defendants **AMANI XAVIER HUDSON, SR.,** a/k/a "Doughboy," **KELLEY CHRISTINE HUDSON, JERRY WAYNE JONES, FRONTA LONTRELL MILLER,** a/k/a "Bam," and **TANELL KINTE PREMPEH,** their conduct as members of the conspiracy charged in Count 1, which included reasonably foreseeable conduct of other members of the conspiracy, involved 5 kilograms or more of a mixture and substance containing a detectible amount of cocaine, a controlled substance, and 400

grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (commonly called "fentanyl"), a controlled substance, all in violation of Title 21, United States Code, Sections 841(b)(1)(A), (b)(1)(B).

2.    With respect to defendant **RYAN ANDREW BOSTON**, a/k/a "Marquese," his conduct as a member of the conspiracy charged in Count 1, which included the reasonably foreseeable conduct of other members of the conspiracy, involved 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B).

3.    With respect to defendants **HEZEKIAH MICAH FIELDS**, **TAWAUN LEWIS, SR.**, a/k/a "T-Lane," **DARQUEL MARKEASE ROCKYMORE**, a/k/a "Sleepy," **MALCOLM DASHUAN PEOPLES**, and **DAREN LEEMONT RUTLEDGE**, there conduct as members of the conspiracy charged in Count 1, which included the reasonably foreseeable conduct of other members of the conspiracy, involved a mixture and substance containing a detectable amount of cocaine, a controlled substance, and a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-

3

*United States v. Amani Hudson et al.*

phenylethyl)-4-piperidinyl] propenamide (commonly called "fentanyl"), a controlled substance, all in violation of Title 21, United States Code, Section 841(b)(1)(C).

## COUNT 2
(Felon in Possession of Ammunition)

On or about March 28, 2026, in the State and District of Minnesota, the defendant,

**MALCOLM DASHUAN PEOPLES,**

having previously been convicted of the following crimes, punishable by imprisonment for a term exceeding one year:

| Conviction | Location | Date of Conviction |
|---|---|---|
| Sale of Narcotics – 3rd Degree | Hennepin County | July 11, 2019 |
| Domestic Assault by Strangulation | Hennepin County | February 28, 2023 |

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, ammunition, that is, 10 rounds of S&B 9mm and FC 9mm Luger ammunition, in violation of Title 18, United

4

*United States v. Amani Hudson et al.*

States Code, Section 922(g)(1), and 924(a)(8).

## FORFEITURE ALLEGATIONS

Counts 1 and 2 of this Indictment are hereby realleged and incorporated as if fully set forth herein by reference for the purpose of alleging forfeitures.

If convicted on Count 1 of the Indictment, the defendants shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

If any of the above-described property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

If convicted of Count 2 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c), any firearms, accessories, and ammunition used in the commission of the offense alleged,

5

*United States v. Amani Hudson et al.*

including, but not limited to, 10 rounds of S&B 9mm and FC 9mm Luger ammunition.

A TRUE BILL

_____       _____

UNITED STATES ATTORNEY          FOREPERSON

6

REC'D AO 442 (Rev. 11/11) Arrest Warrant

REC'D U.S. MARSHAL MPLS
JUN 26 '26 AM10:46

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

United States of America
v.
Tanell Kinte Prempeh

Defendant

)
)
)
)
)
)
)

Case No. CR 26 -125(5) JMB/DJF

**COPY**

## AMENDED
## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary de
*(name of person to be arrested)*   Tanell Kinte Prempeh
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment        Superseding Indictment        Information        Superseding Information        Complaint

Probation Violation Petition        Supervised Release Violation Petition        Violation Notice        Order of the

This offense is briefly described as follows:                                     Pretrial Release Violation Petition
Count 1: Conspiracy To Distribute Controlled Substances 21:841(a)(1) and 846

Date: 06/26/2026

*Issuing officer's signature*

City and state:   Minneapolis, Minnesota

Kate M. Fogarty, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*